RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rick_Mula@fd.org

Attorney for James Thomas Redmond

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES THOMAS REDMOND,<br><br>Defendant. | Case No. 3:12-cr-00050-RCJ-VPC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for James Redmond, that the Revocation Hearing currently scheduled on April 2, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution that will result in years-long incarceration. Mr. Redmond currently is suffering from an acute medical condition that requires a course of treatment with medication. Mr. Redmond desires to complete his course of treatment at the Southern Nevada Detention Center before he is designated to another facility.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 28th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES THOMAS REDMOND,<br><br>    Defendant. | Case No. 3:12-cr-00050-RCJ-VPC<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 2, 2024 at 10:00 a.m., be vacated and continued to Tuesday, July 9, 2024, at the hour of 10:00 a.m. by video conference before Judge Robert C. Jones.

DATED this 28th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

3