**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES THOMAS REDMOND,<br><br>    Defendant. | Case No. 3:12-cr-00050-ART-VPC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(Fifth Request) (ECF No. 109)** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 7, 2024 at 1:00 p.m., be vacated and continued to January 9, 2025, at 1:00 p.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

    DATED this <u>25th day of September, 2024</u>.

_____
Anne R. Traum
United States District Judge