**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES THOMAS REDMOND,<br><br>　　　　Defendant. | Case No. 3:12-cr-00050-ART-VPC<br><br>**ORDER** |

　　Based on the parties' stipulation (ECF No. 113) and good cause appearing:

IT IS ORDERED that the revocation hearing currently scheduled for April 9, 2025 at 1:00 p.m., is vacated and advanced to March 14, 2025 at 11:00 a.m.

　　DATED this <u>10th day of March, 2025</u>.

_[signature]_

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE