AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:12-cr-50-ART-VPC |
| | ) | |
| JAMES THOMAS REDMOND | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

Place:  Lloyd D. George United States Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101

Courtroom No.:   3B - BNW

Date and Time:   April 1, 2026 at 2:30pm

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   March 30, 2026

*Judge's signature*

BRENDA WEKSLER, U.S. Magistrate Judge
*Printed name and title*



FILED _____   _____ RECEIVED
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 3 0 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY